**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**



| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| **v.** | **INFORMATION** |
| **RONALD E. LIDDERDALE,** | **18 U.S.C. § 875(c)** |
| | **18 U.S.C. § 876(c)** |
| **Defendant.** | **18 U.S.C. § 1038(a)(1)** |
| | **18 U.S.C. § 2261A(2)(B)** |
| | **18 U.S.C. § 2261(b)(5)** |

**FORFEITURE ALLEGATION**

**THE UNITED STATES ATTORNEY CHARGES:**

### GENERAL ALLEGATIONS

At all times relevant to this Information, unless otherwise stated:

1. The defendant, **RONALD LIDDERDALE**, was a resident of the State of Ohio.

2. Mike DeWine was the Governor of the State of Ohio.

3. Frank LaRose was the Secretary of State of the State of Ohio.

4. Robert Sprague was the Treasurer of the State of Ohio.

5. Dave Yost was the Attorney General of the State of Ohio.

6. Joseph Deters was a Justice of the Supreme Court of Ohio.

7. Andrew Brenner was a member of the Ohio Senate.

8. Jerry Cirino was a member of the Ohio Senate.

9. Matt Huffman was a member of the Ohio Senate or a member of the Ohio House of Representatives.

1

10. Sandra O'Brien was a member of the Ohio Senate.

11. Kirk Schuring (deceased) was a member of the Ohio Senate.

12. Rodney Creech was a member of the Ohio House of Representatives.

13. Bill Dean was a member of the Ohio House of Representatives.

14. Jennifer Gross was a member of the Ohio House of Representatives.

15. Beth Lear was a member of the Ohio House of Representatives.

16. Melanie Miller was a member of the Ohio House of Representatives.

17. Phil Plummer was a member of the Ohio House of Representatives.

18. Jason Stephens was a member of the Ohio House of Representatives.

19. Josh Williams was a member of the Ohio House of Representatives.

20. Bernard Willis was a member of the Ohio House of Representatives.

21. Cameron Sagester was the Executive Director of the Ohio Republican Party.

22. Alex Triantafilou was the Chairman of the Ohio Republican Party.

23. Steve Stivers was the President of the Ohio Chamber of Commerce.

24. Vivek Ramaswamy was a candidate for the office of Governor of the State of Ohio.

25. Bernie Moreno was a member of the United States Senate from the State of Ohio.

26. Troy Balderson was a member of the United States House of Representatives from the State of Ohio.

27. Mike Carey was a member of the United States House of Representatives from the State of Ohio.

28. Jim Jordan was a member of the United States House of Representatives from the State of Ohio.

29.     Majorie Taylor Greene was a member of the United States House of Representatives from the State of Georgia.

30.     The Office of the Chief Legal Officer was a component of the Supreme Court of Ohio with an office in Columbus, Ohio.

31.     From approximately July 2024 through approximately May 2025, the defendant, **RONALD LIDDERDALE**, transmitted communications threatening to injure and kill public officials in Ohio and elsewhere. These threats were directed against elected officials holding state-level office in Ohio, elected officials holding office in the federal government, and other individuals involved in politics and government in Ohio and elsewhere. In total, the defendant transmitted more than 90 communications threatening to harm more than 30 victims.

## COUNTS 1-17
### (Mailing Threatening Communications)

32.     On or about each of the dates set forth below, in the Southern District of Ohio and elsewhere, the defendant, **RONALD LIDDERDALE**, knowingly deposited in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and caused to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to each person set forth below, containing a threat to injure the person of another as described below, that is, a letter threatening to injure and kill each person described below, each communication constituting a separate count:

| COUNT | DATE | COMMUNICATION |
|---|---|---|
| 1 | July 11, 2024 | Letter addressed to Ohio Representative Bill Dean threatening to injure and kill Representative Dean |
| 2 | July 11, 2024 | Letter addressed to Ohio Senator Kirk Schuring threatening to injure and kill Senator Schuring |
| 3 | July 11, 2024 | Letter addressed to Ohio Representative Jason Stephens threatening to injure and kill Representative Stephens |

3

| COUNT | DATE | COMMUNICATION |
|---|---|---|
| 4 | December 6, 2024 | Letter addressed to Ohio Senator Jerry Cirino threatening to kill Senator Cirino |
| 5 | December 6, 2024 | Letter addressed to Ohio Senator Sandra O'Brian (sic) threatening to kill Senator O'Brien |
| 6 | December 6, 2024 | Letter addressed to Ohio Representative Josh Williams threatening to kill Representative Williams |
| 7 | December 12, 2024 | Letter addressed to Ohio Republican Party Executive Director Cameron Sagester threatening to kill Mr. Sagester |
| 8 | December 16, 2024 | Letter addressed to President of the Ohio Chamber of Commerce Steve Stivers threatening to kill Mr. Stivers |
| 9 | December 19, 2024 | Letter addressed to Ohio Representative Rodney Creech and his spouse threatening to kill Representative Creech |
| 10 | December 19, 2024 | Letter addressed to Ohio Representative Phil Plummer and his spouse threatening to kill Representative Plummer |
| 11 | December 19, 2024 | Letter addressed to Ohio Representative Melanie Miller and her spouse threatening to kill Representative Miller |
| 12 | January 17, 2025 | Letter addressed to Ohio Treasurer Robert Sprague and his spouse threatening to kill Treasurer Sprague |
| 13 | February 3, 2025 | Letter addressed to Ohio Republican Party Chairman Alex Triantafilou and his spouse threatening to kill Mr. Triantafilou |
| 14 | February 3, 2025 | Letter addressed to "Office of the Chief Legal Counsel, Supreme Court of Ohio" threatening to kill Ohio Attorney General Dave Yost and "the republican Supreme Court Justices of this state" |
| 15 | April 22, 2025 | Letter addressed to "Ohio Attorney General's Office" threatening to kill Ohio Attorney General Dave Yost and containing a bullet with the name "Yost" etched on it |
| 16 | April 29, 2025 | Letter addressed to Ohio Supreme Court Justice Joseph Deters threatening to kill Justice Deters and other public officials |
| 17 | April 29, 2025 | Letter addressed to Ohio gubernatorial candidate Vivek Ramaswamy threatening to kill Mr. Ramaswamy and other public officials |

**In violation of 18 U.S.C. § 876(c).**

4

## COUNTS 18-22
### (Mailing Threatening Communications)

33.     On or about each of the dates set forth below, in the Southern District of Ohio and elsewhere, the defendant, **RONALD LIDDERDALE**, knowingly deposited in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and caused to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to each person set forth below, who was a federal law enforcement officer or an official covered by 18 U.S.C. § 1114, containing a threat to injure the person of another as described below, that is, a letter threatening to injure and kill each person described below, each communication constituting a separate count:

| COUNT | DATE | COMMUNICATION |
|---|---|---|
| 18 | January 2, 2025 | Letter addressed to United States Representative Troy Balderson (Ohio) threatening to injure and kill Representative Balderson |
| 19 | January 2, 2025 | Letter addressed to United States Representative Jim Jordan (Ohio) threatening to injure and kill Representative Jordan |
| 20 | January 10, 2025 | Letter addressed to United States Senator Bernie Moreno (Ohio) threatening to injure and kill Senator Moreno |
| 21 | January 10, 2025 | Letter addressed to United States Representative Majorie Taylor Greene (Georgia) threatening to injure and kill Representative Taylor Greene |
| 22 | January 13, 2025 | Letter addressed to United States Representative Mike Carey (Ohio) threatening to injure and kill Representative Carey |

**In violation of 18 U.S.C. § 876(c).**

5

## COUNTS 23-25
### (Transmitting Threatening Communications in Interstate Commerce)

34.     On or about each of the dates set forth below, in the Southern District of Ohio and elsewhere, the defendant, **RONALD LIDDERDALE**, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, an electronic communication threatening to injure and kill each person described below, each communication constituting a separate count:

| COUNT | DATE | COMMUNICATION |
|---|---|---|
| 23 | September 10, 2024 | Electronic communication threatening to injure and kill Ohio Attorney General Dave Yost and his spouse |
| 24 | September 12, 2024 | Electronic communication threatening to kill Ohio Representative Beth Lear, Ohio Representative Bernard Willis, and other public officials |
| 25 | April 28, 2025 | Electronic communication threatening to kill Ohio Senator Andrew Brenner |

**In violation of 18 U.S.C. § 875(c).**

## COUNT 26
### (False Information and Hoaxes)

35.     From on or about November 5, 2024, through on or about February 18, 2025, in the Southern District of Ohio and elsewhere, the defendant, **RONALD LIDDERDALE**, intentionally conveyed false and misleading information, to wit, that a white powder accompanying written communications was a toxic chemical, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken place, was taking place, or would take place, that would constitute a violation of Title 18, United States Code, Section 229(a), the knowing transfer, use, or threat to use, any chemical weapon.

**In violation of 18 U.S.C. § 1038(a)(1).**

6

### COUNTS 27-31
### (Cyberstalking)

36.   On or about each of the dates set forth below, in the Southern District of Ohio and elsewhere, the defendant, **RONALD LIDDERDALE**, with the intent to kill, injure, harass, and intimidate another person, used a facility of interstate and foreign commerce, including the mail, an interactive computer service, and an electronic communication service, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to each person set forth below or to the spouse or immediate family member of that person, each course of conduct constituting a separate count:

| COUNT | DATE | COMMUNICATION |
|---|---|---|
| 27 | July 17, 2024 through May 2, 2025 | Series of mailed letters and electronic communications threatening to kill Ohio Attorney General Dave Yost |
| 28 | September 11, 2024 through January 17, 2025 | Series of mailed letters and electronic communications threatening to kill Ohio Governor Mike DeWine |
| 29 | July 15, 2024 through April 29, 2025 | Series of mailed letters and electronic communications threatening to kill Ohio Secretary of State Frank LaRose |
| 30 | July 11, 2024 through April 29, 2025 | Series of mailed letters and electronic communications threatening to kill Ohio Senator / Representative Matt Huffman |
| 31 | July 11, 2024 through April 29, 2025 | Series of mailed letters and electronic communications threatening to kill Ohio Representative Jennifer Gross |

**In violation of 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5).**

### FORFEITURE ALLEGATION

37.   The allegations of this Information are re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

7

38.     Upon conviction of any offense alleged in this Information, the defendant,

**RONALD LIDDERDALE**, shall forfeit to the United States his interest in any firearms and

ammunition involved in or used in such offense, including, but not limited to, the following:

- One Glock, Model G19, 9mm pistol, bearing serial number BZHE475;

- One Sig Sauer, Model P320, 9mm pistol, bearing serial number 58J359485; and

- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

DOMINICK S. GERACE II
United States Attorney

BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney

DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney

8