**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,       :

        Plaintiff,        :        Case No. 2:26-CR-61

        vs.        :        CHIEF JUDGE SARAH D. MORRISON

RONALD LIDDERDALE,       :

        :

        Defendants.


## DEFENSE MOTION TO CONTINUE CHANGE OF PLEA HEARING


Defense counsel for the defendant Ronald Lidderdale respectfully moves this Court to continue the Chage of Plea hearing scheduled for April 21, 2026 to the next available date after April 24, 2026. The grounds for this motion are set forth more fully in the attached Memorandum. Assistant United States Attorneys Brian Martinez and Damoun Delaviz do not oppose the requested continuance. The defendant, Ronald Lidderdale does not oppose the continuance.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

*/s/ Stacey MacDonald*
Stacey MacDonald (WA #35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: 614-469-2999
Fax: 614-469-5999
stacey_macdonald@fd.org

Attorney for Defendant Ronald Lidderdale

## MEMORANDUM IN SUPPORT OF MOTION

The parties have executed and filed a plea agreement.  The case was assigned to this Court. A change of plea hearing was recently scheduled for April 21, 2026.  Defense counsel will be on leave from April 17th through April 24th, 2026, in part out of state for an extended family members memorial service.   Undersigned counsel has spoken with Mr. Lidderdale, who has requested to continue the hearing for undersigned counsel to be present rather than proceeding with coverage counsel.

**WHEREFORE,** the defense respectfully requests that the Court continue the change of plea hearing to the next available date after April 24th, 2026.   For scheduling purposes, defense counsel will also be on leave for training May 26th through May 30th, 2026.  The government and defendant do not oppose moving the change of plea hearing date.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

/s/ *Stacey MacDonald*
Stacey MacDonald (WA #35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

Attorney for Defendant
Ronald Lidderdale

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ *Stacey MacDonald*
Assistant Federal Public Defender